UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80102-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JASON JAMES ATHA,**

    Defendant.

_____/

**ORDER GRANTING MOTION TO SEAL VICTIM IMPACT STATEMENTS**

**THIS CAUSE** comes before the Court upon the United States' Motion to Seal Victim Impact Statements [ECF No. 41]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the United States' Motion to Seal [ECF No. 41] is **GRANTED**. The Victim Impact Statements [ECF No. 42] shall remain permanently sealed or further order by the Court. **This Order shall not be filed under seal.**

**ORDERED** in Chambers in Fort Pierce, Florida, this 11th day of March 2025.

_[signature]_
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record